CYNTHIA B. CLEVELAND *v.* JOHN L. CLEVELAND, JR.

The motion by the plaintiff to dismiss the appeal from the Superior Court in Fairfield County at Stamford is denied.

*Ralph P. Dupont,* for the appellee (plaintiff).

*Frederick L. Comley,* for the appellant (defendant).

Argued February 3—decided February 3, 1970

GULF OIL CORPORATION *v.* NEW HAVEN REDEVELOPMENT AGENCY

The motion by the defendant to dismiss the appeal from the Superior Court in New Haven County is denied.

*Sherman A. Zitomer,* for the appellee (defendant).

*Benson A. Snaider,* for the appellant (plaintiff).

Argued February 3—decided February 3, 1970

KLAFF'S, INC. *v.* HOWARD S. IVES, HIGHWAY COMMISSIONER

The motion by the defendant to dismiss the appeal from the Superior Court in Hartford County is granted.

*Clement J. Kichuk,* assistant attorney general, for the appellee (defendant).

*Benson A. Snaider,* for the appellant (plaintiff).

Argued February 3—decided February 3, 1970